IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez

Civil Action No. 1:26-cv-00355-WJM

ALEX ARMANDO MARTINEZ-ORELLANA,

    Petitioner,

v.

ROBERT HAGAN, Field Office Director, Denver Field Office, Immigration and Customs Enforcement,
JUAN BALTAZAR, Warden of Denver Contract Detention Facility,
KRISTI NOEM, Secretary, U.S. Department of Homeland Security,
PAM BONDI, U.S. Attorney General,

    Respondents.

## FINAL JUDGMENT

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the Order Granting Habeas Corpus Petition [ECF 14] entered by United States District Judge William J. Martinez on February 13, 2026, it is

ORDERED that Petitioner's Application for Writ of Habeas Corpus Pursuant to 28 U.S.C. 2241 [ECF 1] is GRANTED. It is further

ORDERED that Petitioner shall have his costs in compliance with Local Rule 54.1. It is further

ORDERED that should the Petitioner believe he has a good faith basis to seek attorney fees pursuant to the Equal Access to Justice Act, he is GRANTED leave to file a motion seeking same.

This case will be closed.

DATED at Denver, Colorado, this 27th day of February, 2026.

FOR THE COURT:

Jeffrey P. Colwell, Clerk

By: _____
    H. Guerra, Deputy Clerk